UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| TOM H. DO | * | CIVIL ACTION |
| --- | --- | --- |
| | * | No. 08-3247, c/w |
| | * | NO. 08-3249 |
| Versus | * | SECTION "F" |
| | * | JUDGE MARTIN FELDMAN |
| EXPERT OIL AND GAS, LLC | * | |
| | * | MAG. 4 |
| | * | MAG: KAREN WELLS ROBY |
| ************************************ | * | |

## ORDER

Considering the foregoing Joint Motion to Dismiss All Claims with Prejudice:

IT IS HEREBY ORDERED that all claims asserted herein or which could have been asserted herein by Tom H. Do, against all parties, including ExPert Oil and Gas, LLC, Settoon Towing LLC, a Delaware Limited Liability Company, and any other party that plaintiff may have had a claim against, including but not limited to, the non-operating well owners, all insurers and/or assignees, are dismissed, with prejudice, each party to bear its own costs.

IT IS FURTHER ORDERED that ExPert Oil and Gas, LLC's Third-Party Complaint against Settoon Towing LLC, a Delaware Limited Liability Company, be dismissed, with prejudice.

New Orleans, Louisiana, this __22nd__ day of January, 2010.

_____
**MARTIN FELDMAN**
**UNITED STATES DISTRICT JUDGE**